| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF OREGON, EUGENE DIVISION | |
| Case number *(if known)* _____  Chapter  11 | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Ninja Mountain Bike Performance, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
82-3406573

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3747 Washburn Way<br>Klamath Falls, OR 97603<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Klamath<br>County | **Location of principal assets, if different from principal place of business**<br>3747 Washburn Way Klamath Falls, OR 97603<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
www.ridelikeaninja.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  Ninja Mountain Bike Performance, LLC _____    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | Ninja Mountain Bike Performance, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Ninja Mountain Bike Performance, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 10, 2025
              MM / DD / YYYY

**X** /s/   Richard La China                    Richard La China
Signature of authorized representative of debtor    Printed name

Title   Member

**18. Signature of attorney**

**X** /s/ Keith Y Boyd                           Date   July 10, 2025
Signature of attorney for debtor                        MM / DD / YYYY

Keith Y Boyd 760701
Printed name

Keith Y. Boyd, PC
Firm name

724 S Central Ave 106
Medford, OR 97501
Number, Street, City, State & ZIP Code

Contact phone   (541) 973-2422     Email address   keith@boydlegal.net

760701 OR
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ninja Mountain Bike Performance, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON, EUGENE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Interstate Bank 421 S 7th Street Klamath Falls, OR 97601 | Craig Russillo, Esq. crussillo@schwabe.com (503) 796-2092 | Business Loan | | $240,337.00 | $266,291.00 | $195,424.00 |
| First Interstate Bank 421 S 7th Street Klamath Falls, OR 97601 | Craig Russillo, Esq. CRussillo@SCHWABE.com (503) 796-2092 | Purchase Money Loan for Makor Paint Machine | | $142,458.00 | $45,000.00 | $97,458.00 |
| First Interstate Bank 421 S 7th Street Klamath Falls, OR 97601 | Craig Russillo, Esq. CRussillo@SCHWABE.com (503) 796-2092 | Business Credit Card | | $99,455.00 | $266,291.00 | $99,455.00 |
| Geneva Capital, LLC 1311 Broadway Street Alexandria, MN 56308 | Lincoln Pahl lincoln@gogc.com (320) 762-8400 | 1 Leased Router and accessories | | $100,000.00 | $40,000.00 | $60,000.00 |
| Geneva Capital, LLC 1311 Broadway Street Alexandria, MN 56308 | Lincoln Pahl lincoln@gogc.com (320) 762-8400 | 1 Leased Router and accessories | | $100,000.00 | $40,000.00 | $60,000.00 |
| Goldman Sachs Bank USA Attn Bankruptcy Notice PO Box 45400 Salt Lake City, UT 84145 | Jawas Iqbal jawad@weareuncapped.com (929) 254-4381 | Business Debt | Disputed | $50,000.00 | $0.00 | $50,000.00 |
| Isler Group, LLC 626 South 7th Street Klamath Falls, OR 97601 | Amy Chapman (541) 882-2575 | Business Debt | | | | $28,098.00 |

Debtor  Ninja Mountain Bike Performance, LLC    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LG Funding LLC 1218 Union St Brooklyn, NY 11225 | Phil Rosenberg phil@landklegal.com (718) 316-6778 | Purchase of Future Receipts | | $50,000.00 | $266,291.00 | $50,000.00 |
| McCoy Russell, LLP 1410 NW Johnson St #201 Portland, OR 97209 | Director of Operations customerservice@ondeck.com, (888) 556-3483 | Attorney Fees | | | | $7,764.00 |
| Oakwood Business Funding 633-699 NE 167th St No 814 Miami, FL 33162 | Dan Barkai dan@cdaemail.com (561) 766-0471 | Business Loan | | $66,430.00 | $266,291.00 | $66,430.00 |
| ODK Capital, LLC 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | Sandra Lotz slotz@ondeck.com (888) 994-6603 | Business Debt | | $101,769.00 | $266,291.00 | $101,769.00 |
| Onramp Funds, Inc. 930 S 4th Street, Ste 209, #1205 Las Vegas, NV 89101 | Brad Seidel bradseidel@seidelpc.com (503) 740-0585 | Business Debt | Disputed | $112,000.00 | $0.00 | $112,000.00 |
| Pacific Electric Contractors 920 S Grape St Medford, OR 97501 | Jordan jordan@pacificelectrical.com (541) 773-7751 | Trade debt | | | | $5,771.00 |
| Sherwin Williams 915 Murray Drive, Suite 338 Lexington, KY 40505 | Danell Fess danell.fess@sherwin.com (859) 259-3993 | Trade debt | | | | $800.00 |
| Stripe Servicing, Inc. 354 Oyster Point Blvd. South San Francisco, CA 94080 | Tanya capital+support@stripe.com (415) 513-5726 | Business Debt | | $87,758.00 | $266,291.00 | $87,758.00 |
| Thompson, Tim 1600 Wade Circle Klamath Falls, OR 97601 | TimT@ewc.company (541) 580-9211 | Equipment Purchase Agreement | | | | $60,000.00 |
| Tree Products 150 Seneca Rd Eugene, OR 97402 | Susie Berry smberry@awi-wa.com (253) 383-5484 | Trade debt | | | | $72,394.00 |

| Debtor | Ninja Mountain Bike Performance, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WebBank, dba PayPal c/o Swift Financial, LLC 2211 North First Street San Jose, CA 95131 | Defrim Namani dnamani@enterpriserecovery.com (866) 290-2260 | Business Debt | | $66,221.00 | $266,291.00 | $66,221.00 |
| Wells Fargo Small Business Lending PO Box 29482 Phoenix, AZ 85038 | (866) 272-7132 | Business Debt | | | | $40,000.00 |